**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**No. 02-CR-230(1) (JMR/FLN)**

---

United States of America,

Plaintiff, **ORDER**

vs.

Douglas G. Radtke,

Defendant.

---

This matter came on before the Court on the 4th day of April, 2005 on the motion of the defendant by his counsel, Jon M. Hopeman. Upon the motion of the defendant, and the United States by Assistant U.S. Attorney D. Gerald Wilhelm having voiced no objection, the Court makes the following Order:

1. The Court's April 29, 2004, Second Amended Judgment and Commitment is stayed with respect to that portion of the judgment which orders the payment of restitution in the amount of $132,012.30 to Wilson McShane Corporation and in the amount of $47,873.03 to Berkeley Risk Administrators Company, LLC.

2. This stay shall remain in effect for the duration of Mr. Radtke's direct appeal to the Eighth Circuit Court of Appeals.

3. The Court's April 29, 2004, Second Amended Judgment and Commitment remains in full force and effect in all other respects.

Dated this 4th day of April, 2005.

James M. Rosenbaum
Chief U.S. District Court Judge

SCANNED
APR 5 2005