# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Russell A. Simmons, being first duly sworn upon oath, deposes and states that on the 9th day of February, 2006, he served a copy of the following:

Satisfaction of Judgment

upon:

Douglas Gordon Radtke
147 West 58th Street
Minneapolis, MN 55419

by depositing a true and correct copy, postage prepaid, with the United States mail at Minneapolis, Minnesota.

s/Russell A. Simmons
Russell A. Simmons

Subscribed and sworn to before me
this 9th day of February, 2006.

s/Melissa L. Olson
Notary Public

235930